UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONNIE MARTINEZ,
          Plaintiff,

-vs-                                      Case No. 6:04-cv-1819-Orl-18JGG

PALM BAY POLICE DEPARTMENT,
CITY OF PALM BAY, FLORIDA,
CASSANDRA WORONKA,
F. WALTERS,
          Defendants.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | PLAINTIFF'S MOTION OBJECTING TO TAXATION OF COSTS AND THE PROPOSED BILL OF COSTS BY DEFENDANTS CITY OF PALM BAY, FLORIDA AND PALM BAY CITY POLICE DEPARTMENT (Doc. No. 68) |
| FILED: | July 28, 2006 |
| THEREON it is RECOMMENDED that the motion be GRANTED in part and DENIED in part. | |

*So ordered*
*12 Sept 06*
*Kendall Sharp*
*U.S. District Judge*

**I.   PROCEDURAL HISTORY**

Plaintiff Bonnie Martinez, legal guardian of Stephanie Martinez, filed this action against Defendants Cassandra Woronka, F. Walters, Palm Bay Police Department, and City of Palm Bay, Florida liable for injuries resulting from Woronka and Walters' alleged excessive use of force while falsely arresting Stephanie Martinez. Docket No. 2. On July 11, 2006, the district court granted